# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANA PATRICIA MORENO,** | : | **CIVIL ACTION** |
| **Administrator of the Estate of Jesus** | : | |
| **Hernando Patino Moreno** | : | **NO. 23-4827** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| **DEFENDANTS DOES 1-10** | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 22nd day of January 2024, upon consideration of Plaintiff's *renewed emergency motion to permit limited expedited discovery*, (ECF 9), it is hereby **ORDERED** that the motion is **DENIED**.[1]

                                         **BY THE COURT:**

                                         */s/ Nitza I. Quiñones Alejandro*
                                         **NITZA I. QUIÑONES ALEJANDRO**
                                         *Judge, United States District Court*

---

[1]     In this case, Plaintiff asserts federal and state law claims against unnamed employees of the Philadelphia Department of Prisons, (the "PDP"), premised on their alleged failure to provide Jesus Patino, (decedent) while he was a pretrial detainee at PDP, with medical care for a subsequently discovered cancer diagnosis.  In the underlying motion, Plaintiff again seeks leave to serve a subpoena on PDP for the production of Mr. Patino's mental health records and social work records.  Though Plaintiff claims that decedent complained to a social worker of his lack of care, this contention does not rise to the emergency Plaintiff claims regarding Defendants' alleged failure to provide medical care for Mr. Patino's cancer.  Accordingly, Plaintiff's motion is denied.