LAW OFFICES
## O'CONNOR KIMBALL, LLP
TWO PENN CENTER PLAZA, SUITE 1100
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 564-0400
FAX (215) 564-1973
WEBSITE: www.oconnorkimball.com

THOMAS J. GREGORY
tgregory@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

September 12, 2024

**VIA EMAIL: ECF FILING SYSTEM**
The Honorable Nitza I. Quiñones Alejandro
U.S. Court for the Eastern District of PA
8613 U.S. Courthouse
601 Market Street, Courtroom 8-B
Philadelphia, PA 19106

    Re: *Diana Patricia Moreno, Administrator for Estate of Jesus Hernando Patino Moreno v. Corizon Health, Inc., YesCare Corp., and Evelyn Moore*
          **U.S.D.C. for the Eastern District of PA 23-CV-04827**
          **Our File No. 210-2566**

Dear Judge Quiñones Alejandro:

    I represent Corizon Health, Inc. and its individual employees in the above matter. As Your Honor is aware, on March 12, 2024 Corizon filed a Suggestion of Bankruptcy and Notice of Automatic Stay (DOC 19) due to the bankruptcy filing in the Southern District of Texas, Houston Division, at Case No. 23-90086. Thereafter, on June 13, 2024, the herein Defendants filed Motion to Stay all Proceedings (DOC 28) in the above-referenced case. In that no objections were filed of record, Your Honor entered an Order staying all proceedings during the pendency of Corizon's bankruptcy (DOC 29), with a directive to file periodic status reports.

    As such, please be advised that Corizon's bankruptcy has not yet been discharged and is still pending. Therefore, it is respectfully requested that all proceedings in this matter remain Stayed.

    Thank you for your consideration.

                      Respectfully yours,

                      O'CONNOR KIMBALL LLP

                      */s/ Thomas J. Gregory*
                      Thomas J. Gregory

TJG:amb
cc:     Carla E. Agbiro, Esquire (via ECF Filing System)