LAW OFFICES

**O'CONNOR KIMBALL, LLP**

TWO PENN CENTER PLAZA, SUITE 1100
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 564-0400
FAX (215) 564-1973

WEBSITE: www.oconnorkimball.com

THOMAS J. GREGORY
tgregory@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

September 9, 2025

**VIA ECF FILING SYSTEM:**
The Honorable Nitza I. Quiñones Alejandro
U.S. Court for the Eastern District of PA
8613 U.S. Courthouse
601 Market Street, Courtroom 8-B
Philadelphia, PA 19106

> Re:    *Diana Patricia Moreno, Administrator for Estate of Jesus Hernando Patino Moreno v. Corizon Health, Inc., YesCare Corp., and Evelyn Moore*
> **U.S.D.C. for the Eastern District of PA 23-CV-04827**
> **Our File No. 210-2566**

Dear Judge Quiñones Alejandro:

I represent Corizon Health, Inc. and its individual employees in the above matter. As Your Honor is aware, Corizon went into bankruptcy on February 16, 2023, as a result of which, the Court directed that I periodically report on the status of the bankruptcy proceedings. Please be advised that the bankruptcy proceedings are ongoing; thus, it is respectfully requested that the stay of this matter be extended.

Thank you for your kind consideration.

Respectfully yours,

O'CONNOR KIMBALL LLP

Thomas J. Gregory

TJG:amb
cc:    Diana Patricia Moreno, Pro Se Plaintiff